IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANNON RILEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GRIECO, et al.,<br><br>　　　　　　　Defendants. | Case No. C 13-4410 CW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

　　　Good cause appearing, Defendants' Motion to Change Time to File a Dispositive Motion and opposition to Plaintiff's motion for a preliminary injunction is GRANTED. Defendant shall file their dispositive motion and opposition to Plaintiff's motion for a preliminary injunction on or before May 16, 2014. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight days after the date on which Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen days after the date Plaintiff's opposition is filed.

Dated: ___4/4/2014___　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken

SF2014407159
40934262.doc

1

[Proposed] Order (C 13-4410 CW (PR))