1 Shannon Riley

2 E-48875

3 P.O. BOX 1050

4 Soledad, Ca 93960

5           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
6

7 Shannon Riley                    No. CV-13-4410 CW(pr)
        plaintiff                  [PROPOSED] ORDER GRANTING
8                                  PLAINTIFF'S MOTION TO
     v.                            CHANGE TIME TO FILE
9                                  PLAINTIFF'S RESPONSE

10 Grieco, et. al.
        Defendants
11 -------------------

12 Good cause appearing, Plaintiff's Motion to change time to file

13 plaintiff's response to defendants motion for summary judgment is

14 granted. Plaintiff shall file his response to defendants motion for

15 summary judgment on or by Aug 1, 2014.

16

17

18 Dated, 6/24/2014

19

20                                 _____
                                   The Honorable Claudia Wilken
21

22

23

24

25

26

27

28